IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WILLIAMS,<br><br>   Plaintiff,<br><br> v.<br><br>ADAM TOVAR, et al,<br><br>   Defendants. | No. C 07-1411 JSW (PR)<br><br>ORDER OF DISMISSAL |

  Plaintiff, formerly detained at the Santa Clara County Jail, filed this pro se civil rights complaint under 42 U.S.C. § 1983.  On May 11, 2007, the Court sent an order regarding Plaintiff's case being designated for electronic filing at the address at the jail provided by Plaintiff.  Thereafter, on July 11, 2007, the Court's order was returned with a notification from the facility that Petitioner was not in custody there.  More than 60 days have passed since the letter was returned from the facility.  Accordingly, Plaintiff's complaint is hereby dismissed without prejudice for his failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

  IT IS SO ORDERED.

DATED: October 10, 2007

               _Jeffrey S. White_
               JEFFREY S. WHITE
               United States District Judge

1

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

NATHANIEL WILLIAMS,

        Plaintiff,

  v.

ADAM TOVAR et al,

        Defendant.
                                        /

Case Number: CV07-01411 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathaniel Williams
Main Jail #5A-35
#06050569
Santa Clara County-Department of Corrections
885 N. San Pedro Street
San Jose, CA 95110-1718

Dated: October 10, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk